AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-394
Bankruptcy Case No. 99-11240B

Amplicon, Inc.
 doing business as American Technologies Credit, Inc.
APPELLANT

v.

CNB International, Inc. also known as Clearing-Niagara Bliss also known as Clearing Niagara Bliss also known as Niagara Parts formerly known as Clearing International, Inc. formerly known as E.W. Bliss Company formerly known as Niagara Machine & Tool Works Formerly known as Press Purchase Company

APPELLEE

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that the March 30, 2004 Order of the Bankruptcy Court is affirmed and Amplicon's Appeal of the Bankruptcy Court Order is denied.

Date: April 3, 2006                                  RODNEY C. EARLY, CLERK

                                                    By:    s/Deborah M. Zeeb
                                                              Deputy Clerk